IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PERCIVAL WILLIAMS,

    *Plaintiff*,

v.                                        Case No.: 1:23cv286-MW/MJF

SARA TAT, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** under 28 U.S.C. § 1915(g), without prejudice to Plaintiff initiating a new case accompanied by the $402.00 filing fee in its entirety." The Clerk shall terminate the pending motion, ECF No. 2, and close the file.

**SO ORDERED on January 9, 2024.**

                                                    s/Mark E. Walker
                                                    **Chief United States District Judge**